# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| Hartford Court Development, Inc. | ) | Bankruptcy No. 17 B 01356 |
| | ) | Chapter 11 |
| Debtor | ) | Judge Jack B. Schmetterer |

To:    See Attached List

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on **September 27, 2018,** at the hour of 10:30 A.M., or as soon thereafter as counsel may be heard, I shall appear before the honorable Jack B. Schmetterer in Courtroom 682 of the United States Bankruptcy Court, 219 S. Dearborn St., Chicago, Illinois, or any other judge sitting in his place and stead, and shall then and there present the attached **Motion for Entry of Final Decree**, a copy of which is hereby served upon you. You may appear if you so choose.

> David P. Lloyd, Ltd.
> 615B S. LaGrange Rd.
> LaGrange IL  60525
> 708-937-1264
> Fax: 708-937-1265

## CERTIFICATE OF SERVICE

I, David P. Lloyd, an attorney, certify that I caused a copy of the foregoing Notice and Motion to be served on the parties listed on the attached service list by electronic notice where indicated by the insertion of the party's electronic address, by email where indicated, or by first class mail by depositing with the United States Post Office, LaGrange, Illinois, prior to 5:00 P.M., this 20th day of September, 2018.

> _____/s/ David P. Lloyd_____
> David P. Lloyd

# Mailing Information for Case 17-01356

### Electronic Mail Notice List

The following is the list of **parties** who are currently on the list to receive email notice/service for this case.

- Paul M Bauch    pbauch@bauch-michaels.com, smohan@bauch-michaels.com
- Rocio Herrera    rherrera@noonanandlieberman.com, rherre6@gmail.com
- James A Karamanis    james@bkchicagolaw.com
- Frank J Kokoszka    fkokoszka@k-jlaw.com, admin@k-jlaw.com
- Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
- David P Lloyd    courtdocs@davidlloydlaw.com
- Kevin R Purtill    kpurtill@chuhak.com, vjefferson@chuhak.com

```
Label Matrix for local noticing        Bary L Gassman                          Paul M Bauch
0752-1                                  180 North Stetson Avenue                Bauch & Michaels LLC
Case 17-01356                           Suite 3050                              53 West Jackson Boulevard Ste 1115
Northern District of Illinois           Chicago, IL 60601-6718                  Chicago, IL 60604-3566
Chicago
Thu Sep 20 14:09:55 CDT 2018

Broncey Coleman                         Catherine Courts Condominium Assn.     Catherine Courts Condominium Association
5348 N. Cumberland Ave., #408           c/o Prairie Shores Mgmt                 c/o Kovitz Shifrin Nesbit
Chicago, IL 60656-4907                  700 N. Sacramento Blvd., #301           175 N. Archer Avenue
                                        Chicago, IL 60612-1038                  Mundelein, IL 60060-2301


Department of Treasury-Internal Revenue Serv   Department of the Treasury      Elias Diamantis
PO Box 7346                             Internal Revenue Service                5358 N. Cumberland Ave., #405
Philadelphia, PA 19101-7346             P.O. Box 7346                           Chicago, IL 60656-4902
                                        Philadelphia, PA 19101-7346


Ella's Maid Service, Inc.               Ewa and Dariusz Wejda                   Ghaleb Azroui, Catherine Courts
1060 Everett Ln.                        c/o Frank J. Kokoszka                   Condo Assoc., c/oBarney & Karamanis
Des Plaines, IL 60018-2055              19 South LaSalle Street, Suite 1201     Two Prudential Plaza 180 N. Stetson
                                        Chicago, IL 60603-1419                  Chicago, IL 60601


Ghaleb Azroui, for Catherine Courts Condo As   Hartford Court Development, Inc.   Rocio Herrera
c/o Barney & Karamanis LLP              265 S. Cottage Hill Ave.                Noonan & Lieberman Ltd
180 North Stetson Avenue                Elmhurst, IL 60126-3353                 105 W Adams St
Suite 3050                                                                      Suite 1800
Chicago, IL 60601-6718                                                          Chicago, IL 60603-6235


Hinsdale Bank & Trust Company           Hinsdale Bank & Trust Co.               Hinsdale Bank & Trust Co.
c/o Chuhak & Tecson, P.C. (Kevin R. Purt   Chuhak & Tecson, P.C. c/o Kevin Purtill   c/o Chuhak & Tecson, P.C.
30 S. Wacker Drive, Suite 2600          30 S. Wacker Drive                      30 S. Wacker Dr., Ste. 2600
Chicago, IL 60606-7512                  Suite 2600                              Chicago, IL 60606-7512
                                        Chicago, IL 60606-7512


Internal Revenue Service                John Acheson & Maks Ivanov              John Modzelewski
Mail Stop 5014CHI                       5306 Cumberland Ave., #504              529 Walnut St.
230 S. Dearborn Street, Room 2600       Chicago, IL 60656-4900                  Elmhurst, IL 60126-1845
Chicago, IL 60604-1705


James A Karamanis                       Frank J Kokoszka                        Kwanrada Sadat
Barney & Karamanis, LLP                 Kokoszka & Janczur, P.C.                5358 N. Cumberland Ave., #409
180 N. Stetson, Ste 3050                19 South LaSalle Street                 Chicago, IL 60656-4902
Chicago, IL 60601-6718                  Suite 1201
                                        Chicago, IL 60603-1419


Patrick S Layng                         David P Lloyd                           Marco Adrianzen
Office of the U.S. Trustee, Region 11   David P. Lloyd, Ltd.                    5348 N. Cumberland Ave., #304
219 S Dearborn St                       615B S. LaGrange Rd.                    Chicago, IL 60656-4908
Room 873                                LaGrange, IL 60525-6864
Chicago, IL 60604-2027


Melina Bayraktarov                      Naruemon Kaenson                        Kevin R Purtill
5306 N. Cumberland Ave., #310           5306 N. Cumberland Ave., #321           Chuhak & Tecson, P.C.
Chicago, IL 60656-1478                  Chicago, IL 60656-1472                  30 S. Wacker Drive, Suite 2600
                                                                                Chicago, IL 60606-7512
```

| | | |
|---|---|---|
| Sanitnit Jureewan<br>5306 N. Cumberland Ave., #224<br>Chicago, IL 60656-1478 | Sasiwan Chaitahong<br>5306 N. Cumberland Ave., #510<br>Chicago, IL 60656-4900 | Sirikhwan Thanyawutt<br>5348 N. Cumberland Ave., #404<br>Chicago, IL 60656-4907 |
| Taxiarhis Katsogiannos<br>5306 N. Cumberland Ave., #412<br>Chicago, IL 60656-1481 | Terry Tang<br>5348 N. Cumberland Ave., #308<br>Chicago, IL 60656-4908 | Therchada Kantakham<br>5306 N. Cumberland Ave., #24<br>Chicago, IL 60656-1464 |
| Ewa & Dariusz Wejda<br>2554 Webster Lane<br>Des Plaines, IL 60018 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Ghaleb Azroui | (u)DAVID F. BROSS | (u)Ellas maid |
| (u)John Modzelewski | (u)Ryan McNaughton | (u)Ridgebrook Enterprises, Inc. |

End of Label Matrix
Mailable recipients    36
Bypassed recipients     6
Total                  42

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| Hartford Court Development, Inc. | ) | Bankruptcy No. 17 B 01356 |
| | ) | Chapter 11 |
| | ) | |
| Debtor | ) | Judge Jack B. Schmetterer |
| | ) | |

**MOTION FOR ENTRY OF FINAL DECREE**

NOW COMES the Debtor, Hartford Court Development, Inc., by and through its attorney, David P. Lloyd, and moves this honorable Court for entry of a final decree in this confirmed Chapter 11 case, and in support thereof states as follows:

1. The Debtor filed a voluntary Chapter 11 petition on January 17, 2017. The Debtor's Third Modified Plan was confirmed July 24, 2018.

2. Administrative claims that have been allowed by the Court have been paid or otherwise resolved.

3. All priority claims have been resolved.

4. The Debtor has made the first plan payment toward holders of general unsecured claims.

5. Evidence of the payments of the above are set forth on the attached exhibit.

6. Said payments constitute substantial consummation of the confirmed plan and this case should now be closed.

WHEREFORE the Debtor prays that the Court enter a final decree and direct the Clerk of the Court to close the case.

                Respectfully submitted,
                Hartford Court Development, Inc.


            By: _/s/ David P. Lloyd_____
                  Its attorney

David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL  60525
708-937-1264
Fax: 708-937-1265