UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

In Re: )  BK No.: 17-01356
Hartford Court Development, Inc. )
)  Chapter: 11
)  Honorable Jack Schmetterer
)
)
Debtor(s) )

# FINAL DECREE

    THIS CAUSE coming on to be heard on the Debtor's motion for entry of final decree, due notice having been given, the Court finding that the Debtor has substantially consummated the confirmed plan, and the Court being otherwise advised in the premises;

    IT IS HEREBY ORDERED that the Motion for Final Decree is granted. The Clerk of Court is directed to close this case.

Enter: *[signature]*

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated: September 27, 2018

**Prepared by:**

David P. Lloyd
David P. Lloyd, Ltd.
615B S. LaGrange Rd.
LaGrange IL 60525
708-937-1264
Fax: 708-937-1265